IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEX STILLMAN JACKSON,

    Plaintiff,

vs.                                  CASE NO. 4:06cv339-SPM/WCS

STATE OF FLORIDA,

    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated July 24, 2006 (doc. 5). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This motion seeking in forma pauperis status (doc. 2) is denied.

3. Plaintiff shall have up to and including September 29, 2006 to pay the $350.00 filing fee.

4. This case is remanded to the magistrate judge for further

proceedings.

DONE AND ORDERED this 31st day of August, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge