IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEX STILLMAN JACKSON,
    Plaintiff,

vs.                                    CASE NO. 4:06cv339-SPM/WCS

STATE OF FLORIDA,
    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 13, 2006 (doc. 9).  Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to comply with a court order and failure to prosecute.

DONE AND ORDERED this 18th day of January, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge